1

2

3

4

5

6

7                     UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10  KEVIN STARKS,                    1:04-cv-05623-LJO-DLB-P

11          Plaintiff,       **ORDER ADOPTING FINDINGS AND**
                             **RECOMMENDATIONS** (Doc. 14)
12  vs.
                             **ORDER DISMISSING ACTION**
13  D. ADAMS, et al.,

14          Defendants.
    _____/

15

16      Plaintiff, Kevin Starks ("plaintiff"), is proceeding pro se

17  and in forma pauperis in this civil rights action pursuant to 42

18  U.S.C. § 1983.  The matter was referred to a United States

19  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

20  Rule 72-302.

21      On April 25, 2007, the Magistrate Judge filed <u>Findings and</u>

22  <u>Recommendations</u> herein which were served on plaintiff and which

23  contained notice to plaintiff that any objections to the Findings

24  and Recommendations were to be filed within twenty (20) days.  To

25  date, plaintiff has not filed objections thereto.[1]

26  _____

27      [1] The United States Postal Service returned the order served on plaintiff on May 4, 2007, as undeliverable.
    A notation on the envelope indicated: Return to Sender - Forwarding Order Expired.  However, plaintiff has not
28  notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully
    effective.  <u>See</u> Local Rule 83-182(f).

1    In accordance with the provisions of 28 U.S.C.

2   § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3   de novo review of this case.  Having carefully reviewed the

4   entire file, the Court finds the Findings and Recommendations to

5   be supported by the record and by proper analysis.

6       Accordingly, IT IS HEREBY ORDERED that:

7       1.   The Findings and Recommendations, filed April 25, 2007,

8   are ADOPTED in full; and,

9       2.   This action is DISMISSED based on plaintiff's failure

10  to obey the court's order of December 28, 2006.

11      This Court DIRECTS the clerk to close this action.

12

13  IT IS SO ORDERED.

14  **Dated:    August 8, 2007**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2